UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TERA TAYRLOR**     CIVIL ACTION

**VERSUS**     No. 15-3705

**SOCIAL SECURITY ADMINISTRATION**     SECTION I (5)

## ORDER

The Court, having considered the motion[1] for attorney's fees, the record, the applicable law, the Magistrate Judge's Report and Recommendation,[2] and the failure of defendant to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. The Court further echoes Magistrate Judge North's sentiment that the award issued below is generous given plaintiff's counsel's poor timekeeping and largely boilerplate filings with this Court. Nonetheless,

**IT IS ORDERED** that plaintiff be awarded EAJA fees in the amount of **$4,025.00** (23 hours @$175.00 per hour).

New Orleans, Louisiana, September 8, 2016.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 17.
[2] R. Doc. No. 22.